IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RAW FILMS, LTD.,
          Plaintiff,

v.                              Civil Action No. 3:11cv532-JAG

JOHN DOES 1-32,
          Defendants.

## ORDER

THIS MATTER is before the Court following the motions hearing on October 24, 2011. For the reasons stated from the bench, the Court FINDS the following:

(1) The plaintiff's joinder of multiple, anonymous defendants in this case will not result in sanctions;

(2) The issue of whether the above-captioned suit was filed for an improper purpose may be sanctionable;

(3) A potential conflict exists with respect to plaintiff's counsel, Mr. O'Bryan, representing both himself and his client on the issue of whether the above-captioned suit was filed for an improper purpose.

Accordingly, the Court ORDERS the plaintiff to find new counsel to provide representation on the issue of whether the above-captioned suit was filed for an improper purpose. Mr. O'Bryan may represent the plaintiff on all other matters in this case. The plaintiff, its new counsel, and Mr. O'Bryan are DIRECTED to appear for a hearing on December 1, 2011, at 9:00 a.m.

It is SO ORDERED.

2

Let the Clerk send a copy of this Order to all counsel of record. Mr. O'Bryan is DIRECTED to forward a copy of this Order to the plaintiff.

Date: <u>October 24, 2011</u>
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

2