UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| RAW FILMS, LTD., | CASE NO. 3:11-cv-00532-JAG |
| Plaintiff, | |
| v. | |
| JOHN DOES 1-32, | |
| Defendants. | |

## NOTICE OF DISCOVERY FAILURE

PLEASE TAKE NOTICE, Comcast has notified the undersigned that it could not produce the identifying information of Doe Defendant #1, which is the only remaining Defendant in this matter. As such, Plaintiff is unable to effectuate service of the summons and complaint on this Defendant as required by the Rule 4(m) deadline.

Dated: December 13, 2011.

Respectfully submitted,

O'BRYAN LAW FIRM

/s/ *D. Wayne O'Bryan*
D. Wayne O'Bryan, Esq.
Virginia Bar number 05766
Attorney for Plaintiff
O'Bryan Law Firm
1804 Staples Mill Road
Richmond VA 23230
Phone: 804-643-4343
Fax:   804-353-1839
dwayneobryan@gmail.com

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 13, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

/s/ *D. Wayne O'Bryan*
D. Wayne O'Bryan, Esq.
