# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 12/20/11

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Raw Films, Ltd. v. John Doe | CASE NO: 3:11CV532 <br> JUDGE: Gibney <br> COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Show Cause Hrg

APPEARANCES: Parties by ( )/with (✓) counsel  Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )  OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )  SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )  ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS:

The Court will not hold plaintiff liable for sanctions under Rule 11.

Counsel for Plaintiff(s): Wyatt B. Durette, Jr., John B. Warden, IV

Counsel for Defendant(s): David O'Bryan (also counsel for pltf) represented by Leonard Paris

SET: 9:00 am  BEGAN: 9:02 am  ENDED: 9:14 am  TIME IN COURT: 12 mins.

RECESSES: