IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

RAW FILMS, LTD.,

          Plaintiff,

v.                                                  Civil Action No. 3:11cv532-JAG

JOHN DOE 1,

          Defendant.

## ORDER

It is hereby ORDERED that the plaintiff file a report on the status of the case within fourteen (14) days from the entry of this Order. The status report shall include whether the plaintiff has determined the identity of the defendant and, if so, whether he or she has been served.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>December 28, 2011</u>
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge