UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| RAW FILMS, LTD., | CASE NO. 3:11-cv-00532-JAG |
| Plaintiff, | |
| v. | |
| JOHN DOES 1-32, | |
| Defendants. | |

## RESPONSE TO ORDER [DKT #31]

Plaintiff, Raw Films, Ltd., files this status report in response to this Court's Order [Dkt. #31] and states as follows:

1. The Defendant's ISP was unable to correlate the subject IP address to a specific subscriber. Therefore, discovery in this matter failed.

2. As Plaintiff was unable to obtain Defendant's identifying information before the Rule 4(m) date, December 13, 2011, it filed a Notice of Discovery Failure [Dkt. #28], indicating same the Court.

3. Plaintiff intends to dismiss the case with prejudice against the last remaining Defendant.

                    Respectfully submitted,

                    By: /s/ *D. Wayne O'Bryan*
                    Virginia Bar Number 05766
                    O'Bryan Law Firm
                    1804 Staples Mill Road
                    Richmond, Virginia 23230
                    Telephone: (804) 643-4343
                    Facsimile: (804) 355-1839
                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By: /s/ *D. Wayne O'Bryan*