UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| RAW FILMS, LTD., | **CASE NO.** 3:11-cv-00532-JAG |
| Plaintiff, | |
| v. | |
| JOHN DOES 1-32, | |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF DOE 1**

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses <u>with prejudice</u> Doe Defendant 1 who was assigned the IP Address 75.75.81.88. Contemporaneously, Plaintiff herewith consents to having the case closed for administrative purposes.

Respectfully submitted,

O'BRYAN LAW FIRM

/s/ *D. Wayne O'Bryan*
D. Wayne O'Bryan, Esq.
Virginia Bar number 05766
Attorney for Plaintiff
O'Bryan Law Firm
1804 Staples Mill Road
Richmond VA 23230
Phone: 804-643-4343
Fax:   804-353-1839
dwayneobryan@gmail.com